1  ALEXANDER E. WOLF (SBN 299775)
   awolf@milberg.com
2  **MILBERG COLEMAN BRYSON PHILLIPS**
   **GROSSMAN, PLLC**
3  280 South Beverly Drive, Penthouse
   Beverly Hills, California 90212
4  Tel: 872-365-7060
5
   Attorneys for Plaintiff
6

7
                    **UNITED STATES DISTRICT COURT**
8
                    **NORTHERN DISTRICT OF CALIFORNIA**
9

10

11  AMANDA BROOMES, individually and on          Case No.: 3:24-cv-03558-RFL
    behalf of all similarly situated persons,
12                                               [**PROPOSED**] ORDER GRANTING LEAVE
                    Plaintiff,                   TO FILE THIRD AMENDED COMPLAINT
13
           v.                                    Judge:   Hon. Rita F. Lin
14                                               Date:    July 29, 2025
    FULLBEAUTY BRANDS OPERATIONS,                Time:    10:00 a.m.
15  LLC, an Indiana limited liability company,   Room:    15

16                  Defendant.

17

1  The Court, having considered Plaintiff Amanda Broomes's ("Plaintiff") Motion for Leave to
2  File Third Amended Complaint ("Motion"), which is unopposed (Dkt. No. 58), and for good cause
3  shown, hereby GRANTS the Motion. It is ORDERED that:
4      1. Plaintiff is granted leave to file the Third Amended Complaint.
5      2. Within seven days, Plaintiff shall file the Third Amended Complaint.

**IT IS SO ORDERED.**

Dated: ___July 18, 2025_____

_____
Honorable Rita F. Lin
United States District Judge