UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 11 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| AMANDA BROOMES, individually and on behalf of all similarly situated persons; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> FULLBEAUTY BRANDS OPERATIONS, LLC, an Indiana Limited Liability Company, <br><br> Defendant - Appellant. | No. 26-180 <br><br> D.C. No. 3:24-cv-03558-RFL Northern District of California, San Francisco <br><br> ORDER |

The Clerk is directed to temporarily close this court's docket for administrative purposes until June 15, 2026. This administrative closure is not a decision on the merits and no mandate will issue in connection with this order.

At any time, any party may request that this appeal be reopened.

FOR THE COURT:

By: Jonathan Westen
Circuit Mediator